In the Matter of the Adoption of JAMES P. MANZI, a Minor over the Age of Twelve Years, by EVELINA L. TIETJEN. JAMES P. TIETJEN, Formerly JAMES P. MANZI, Appellant; THOMAS WOODRUFF, Respondent — Decree of the Surrogate's Court of Kings county, vacating and setting aside an order dated March 6, 1934, confirming the adoption of appellant, James P. Manzi, and annulling the adoption agreement dated the same day, unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Davis, Johnston and Adel, JJ. [See 155 Misc. 670.]